

**Erika H. Rosenblum, Esq.**

ERosenblum@kdvlaw.com

Kaufman Dolowich & Voluck, LLP
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
Telephone: 516.681.1100
Facsimile: 516.681.1101
www.kdvlaw.com

November 16, 2020

**VIA ECF**
District Judge Alison J. Nathan
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/2020
```

      Re:    Frankie Monegro v. Imperial Industrial Supply Co.
               Index No.: 20-cv-06787

Dear Judge Nathan:

      This firm represents the Defendant, Imperial Industrial Supply Co. ("Defendant") in the above-referenced matter.

      We are pleased to report that the parties have reached an agreement in principle to resolve this matter. As a result, the parties respectfully request that the initial pretrial conference scheduled for December 11, 2020 be adjourned and all deadlines held in abeyance *sine die* to enable the parties time to complete the necessary settlement paperwork and fully consummate the settlement, which the parties anticipate will take approximately 45 days.

SO ORDERED.

*[signature]*
11/18/2020

      We thank Your Honor for all courtesies extended. Please do not hesitate to contact me with any questions.

> The parties are hereby ordered to submit a joint status report 45 days after the date of this order if they have not yet reached a settlement.

Respectfully submitted,
Kaufman Dolowich & Voluck, LLP

*[signature]*

Erika H. Rosenblum

    Cc:    All Counsel of Record (*via* ECF)

4825-1570-5042, v. 1