UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/11/2021
```

-------------------------------------------------------------X

FRANKIE MONEGRO, on behalf of himself and all
others similarly situated,

Civil Case No.: 1:20-CV-06787
(AJN)

                        Plaintiff,

-against-

**STIPULATION OF
DISMISSAL**

IMPERIAL INDUSTRIAL SUPPLY CO.,

                        Defendant.

-------------------------------------------------------------X

        **IT IS HEREBY STIPULATED AND AGREED,** by and between the parties in

the above-captioned action, through the undersigned counsel, that, whereas no party hereto is an

infant or incompetent person for whom a committee has been appointed and no person not a party

has an interest in the subject matter of the action, in accordance with Rule 41 of the Federal Rules

of Civil Procedure, the action be dismissed with prejudice, with each party to bear its own fees and

costs.

        **IT IS FURTHER STIPULATED AND AGREED,** Defendant is committed to

improving the accessibility of its Website: www.maxtool.com. Defendant shall improve the

accessibility of the Website by December 1, 2021 in accordance with Web Content Accessibility

Guidelines ("WCAG") WCAG 2.1.

        **IT IS FURTHER STIPULATED AND AGREED,** that, notwithstanding

anything contained herein, the Website shall be permitted to link to web content owned or operated

by others containing Third-Party Content (as defined below) that may not be accessible to

individuals with disabilities. The term "Third-Party Content" refers to web content that is not

developed, owned, or operated by Defendant. The Parties agree Defendant is not responsible for

the accessibility of such Third-Party Content.

IT IS FURTHER STIPULATED AND AGREED, that notwithstanding anything contained herein, if the ADA is amended, if the Supreme Court or any U.S. Circuit Court of Appeals recognizes a standard for website accessibility, or if the DOJ promulgates a final ADA Title III regulation setting out a website accessibility standard during the term of this Agreement, Defendant will commence reasonable and necessary efforts to ensure legal compliance with such standards within the time frames set forth in the law, guidelines, or regulations.

IT IS FURTHER STIPULATED AND AGREED that this Stipulation may be executed in counterparts and facsimile signatures shall be deemed originals for the purpose of filing.

Dated: Woodbury, New York

  January 4, 2021

KAUFMAN DOLOWICH & VOLUCK, LLP
*Attorneys for Defendant*

Jennifer E. Sherven, Esq.
Erika H. Rosenblum, Esq.
135 Crossways Park Drive, Suite 201
Woodbury, New York 11797
(516) 681-1100

Dated:    New York, New York

  January 4
  _____ __, 2021

STEIN SAKS, PLLC
*Attorneys for Plaintiff*

Mark Rozenberg, Esq.
285 Passaic Street
Hackensack, New Jersey 07601
(201) 282-6500

**SO ORDERED:**

_____ 1/11/2021

4830-1550-0755, v. 1